# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John Picotte,<br><br>    Plaintiff<br>v.<br><br>Warden Frazier, et al.,<br><br>    Defendants | Case No. 2:24-cv-00207-JAD-NJK<br><br>**Order Extending Time**<br><br>ECF No. 23 |

Plaintiff John Picotte requests a 30-day extension of his deadline to respond to the pending motion for summary judgment.[1]  Because he has shown good cause for that reasonable extension of time under the circumstances, and the defendants have indicated that they do not oppose the request,[2] IT IS ORDERED that the motion to extend time **[ECF No. 23] is GRANTED.  Picotte's deadline to respond to the motion for summary judgment [ECF No. 18] is EXTENDED to January 9, 2026.**

_____
U.S. District Judge Jennifer A. Dorsey
December 10, 2025

---

[1] ECF No. 23.

[2] ECF No. 24.

1